UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAIN,<br><br>          Plaintiff,<br><br>v.<br><br>DOE, et al.,<br><br>          Defendant. | No. C06-950<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The parties have not complied with the order directing that a joint status report be filed by September 18, 2006.  The time for filing the report is hereby extended to ten days from the date of this order.  If the report is not filed by that time, sanctions may be ordered.  Sanctions may include dismissal of the action without prejudice.

Filed this 25th day of September , 2006.

                                              BRUCE RIFKIN, Clerk

                                              By:    /s Mary Duett
                                                     Deputy Clerk

MINUTE ORDER - 1