UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL BRAIN,

           Plaintiff(s),

   v.

JOHN DOE, a traffic officer, et al.,

           Defendant(s).

NO. C06-950P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court is in receipt of a Combined Attorney Report and Proposed Discovery Plan (Dkt. No. 13), filed on October 3, 2006. The docket reflects that Defendant City of Federal Way is represented by co-counsel Amy Jo Pearson and Brian Christensen, but the report filed by the parties does not indicate any input or participation by the City's attorney Ms. Pearson.

The Court requires that the parties either re-submit a joint status report which reflects the input of all the parties or that Ms. Pearson file a declaration indicating her assent to the report as originally submitted. The deadline for this submission is **October 13, 2006.**

Filed this 5th day of October, 2006.

                                        BRUCE RIFKIN, Clerk

                                        By    /s Mary Duett
                                                  Deputy Clerk

MINUTE ORDER